CITY OF LINDEN, PROSECUTOR, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENT — ELIZABETHTOWN WATER COMPANY, CONSOLIDATED, INTERVENING.

Decided June 22, 1925.

On application for writ of *certiorari*.

Before Justices TRENCHARD and LLOYD.

For the application, *Whittemore & McLean*.

For the respondent, *Collins & Corbin*.

PER CURIAM.

Our examination of the application for the writ of *certiorari* in this case, together with the affidavits and arguments concerning the same, leads us to the conclusion that the writ should be denied, and it is denied accordingly.